**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**WESTERN DIVISION-RALEIGH**
**Case No. 5:16-cv-930-D**

**MEDICAL MUTUAL INSURANCE COMPANY OF NORTH CAROLINA,**

**Plaintiff,**

**v.**

**INDIAN HARBOR INSURANCE COMPANY,**

**Defendant.**

**STIPULATION OF DISMISSAL**

Plaintiff and Defendant, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that all claims asserted in the Complaint are dismissed, with prejudice, each party to pay its own costs and expenses.

Dated: April 6, 2017.

/s/ R. Steven DeGeorge
R. Steven DeGeorge

ROBINSON BRADSHAW & HINSON
101 North Tryon Street, Suite 1900
Charlotte, NC 28246
Phone: (704) 377-8380
Fax: (704) 376-4000
Email: sdegeorge@rbh.com

Attorney for Plaintiff
Medical Mutual Insurance Company of North Carolina

/s/ Gary P. Seligman
GARY P. SELIGMAN

WILEY REIN, LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-3587
Fax: (202) 719-7049
Email: gseligman@wileyrein.com

Attorney for Defendant
Indian Harbor Insurance Company (Special Appearance per L. Civ. R. 83.1(e))

**CERTIFICATE OF SERVICE**

I certify that, on this 6th day of April, 2017, a copy of the foregoing **STIPULATION OF DISMISSAL** was served by email on the following:

Gary P. Seligman
Wiley Rein, LLP
1776 K Street NW
Washington, DC 20006
Phone: (202) 719-3587
Fax: (202) 719-7049
Email: gseligman@wileyrein.com

/s/ R. Steven DeGeorge
R. Steven DeGeorge